IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| M.K.H. PROPERTIES, LLC, | ) |
| Counter-Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 05-0391-KD-B |
| REGINALD JOHNSON, | ) |
| Counter-Defendant. | ) |

**ORDER**

A hearing was held before the undersigned on January 26, 2009 to determine whether counter-defendant, Reginald Johnson, should be held in civil contempt for violating the court's injunctive order. Present at the hearing were Cecily Kaffer, Esq., counsel for M.K.H. Properties, L.L.C., ("MKH") John Baptist A. Sekumade, Esq. counsel for Reginald Johnson and Mr. Johnson. At the start of the hearing, counsel for the parties reported to the court that this matter has been settled.

Therefore, it is **ORDERED** that this action be **DISMISSED**,[1] subject to the right of any party to reinstate the action within twenty (20) days of the date of this order should the

---

[1] Following a jury trial in April 2007, the court entered an order enjoining Reginald Johnson, his agents, and anyone acting at his direction from filing in Mobile County Probate Court any complaint, claim for grievance, writ, petition, accusation, affidavit, charge or any other document with respect to the real property at issue in this action. (doc. 211) Johnson filed an appeal with the Eleventh Circuit which was ultimately dismissed. In May 2008, MKH Properties, L.L.C. filed a motion for order to show cause and to reinstate the action based on allegations that Mr. Johnson filed a document entitled "Quite Title" against the property made the basis of the injunctive order. (doc. 239) Thereafter, the court issued an order reinstating this action for the limited purpose of determining whether Mr. Johnson should be held in civil contempt for violating this Court's order granting permanent injunctive relief to MKH. (doc.240)

settlement agreement, as represented to the court, not be consummated.

DONE this the 27th day of January 2009.

                                        /s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**